No. 624. NEDERLAND LIFE INSURANCE COMPANY (LIMITED), PETITIONER, *v.* MARY MEINERT.   April 11, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted.  *Mr. George W. Wickersham* for petitioner.   *Mr. Albert J. Beveridge* for respondent.

No. 632. GREAT WESTERN MINING AND MANUFACTURING COMPANY, ETC., PETITIONER, *v.* CHARLES A. HARRIS ET AL., EXECUTORS, ETC., ET AL.   April 11, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted.  *Mr. Harlan Cleveland* for petitioner.   *Mr. Julien T. Davies* and *Mr. Brainard Tolles* for respondents.

No. 627. HENRY P. BOOTH, SURVIVING PARTNER, ETC., PETITIONER, *v.* NORWEGIAN BARK ELIZA LINES, ETC., ET AL.   April 18, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit granted.  *Mr. Lewis S. Dabney* and *Mr. Frederic Cunningham* for petitioner.

No. 641. ATLANTIC LUMBER COMPANY, PETITIONER, *v.* L. BUCKI & SON LUMBER COMPANY.   April 18, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted.  *Mr. R. H. Liggett* for petitioner.   *Mr. H. Bisbee* and *Mr. George C. Bedell* for respondent.

No. 642. MANHATTAN LIFE INSURANCE COMPANY, PETITIONER, *v.* FRANK B. ALBRO, EXECUTOR, ETC.   April 25, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied.  *Mr. Artemas H. Holmes* and *Mr. Edward S. Rapallo* for petitioner.   *Mr. John W. Cummings* for respondent.